```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                Plaintiff,

        -v-

THE MONIES AND CONTENTS OF
WACHOVIA BANK ACCOUNT NUMBER
2000022213831 IN THE NAME OF
CORPORATE WEALTH MANAGEMENT,
INC. IN THE AMOUNT OF $256,407.23
UNITED STATES CURRENCY,                         05-CV-0453-S

                Defendant.
```

### ORDER OF PUBLICATION

Upon review of the Petition for Order of Publication filed by the plaintiff which was dated July 6, 2005, and upon all the pleadings and proceedings in this action, by all of which it appears to the satisfaction of this Court that the plaintiff is entitled to the relief herein granted, it is hereby

***ORDERED***, that the plaintiff is to provide public notice of this action by publishing once a week for three consecutive weeks in the *Buffalo Law Journal*, as provided for in Title 28, United States Code, Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and it is further

***ORDERED***, that said public notice must specify that a verified statement of interest/claim must be filed with the Clerk of the United States District Court, Western District of New York, pursuant

to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, except that in no event may such statement of interest/claim be filed later than thirty (30) days after the earlier of the date of service of the Government's complaint; or completed publication of notice under Rule C(4); or within the time that the Court allows, provided any request for an extension of time from the Court is made prior to the expiration of time which a person must, pursuant to Rule C(6), file such verified statement of interest/claim; and must serve his or her Answer to the Complaint containing any objection or defense to the forfeiture within twenty (20) days thereafter.

    DATED:    Buffalo, New York, July 9, 2005.

    /s/William M. Skretny
    HONORABLE WILLIAM M. SKRETNY
    United States District Judge